UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA



FILED
October 5, 2023
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDRES AARON CASTRO<br><br>Defendant. | Case No. 2:23-mj-0138 CKD<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>ANDRES AARON CASTRO</u> Case No. <u>2:23-mj-0138 CKD</u> Charges <u>21 USC § 841(a)(1)</u> from custody for the following reasons:

<u>   x   </u>   Release on Personal Recognizance

<u>        </u>   Bail Posted in the Sum of $ <u>                                    </u>

   <u>        </u>   Unsecured Appearance Bond $ <u>                            </u>

   <u>        </u>   Appearance Bond with 10% Deposit

   <u>        </u>   Appearance Bond with Surety

   <u>        </u>   Corporate Surety Bail Bond

   <u>        </u>   (Other): <u>  </u>

Issued at Sacramento, California on October 5, 2023 at 2:25 PM

By:   <u>/s/ Carolyn K. Delaney</u>

         Magistrate Judge Carolyn K. Delaney